# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:13-cr-00119-GMN-GWF |
| v. ) | |
| ) | ORDER TO UNSEAL |
| MOHAMMED BELAYET HOSSAIN, ) | |
| Defendant. ) | |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned case shall be unsealed.

DATED this 20th day of August, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge

3